```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

DEBORAH MCJUNKIN                                          PLAINTIFF

v.                         CASE NO. 08-6103

GENERAL CABLE INDUSTRIES, INC.
and GENERAL CABLE CORPORATION
SHORT TERM DISABILITY PLAN                               DEFENDANTS

## **ORDER**

Currently before this Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 16).  In accordance with the stipulation, the Court finds this action should be and is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23rd DAY OF FEBRUARY, 2009.

                                    */s/ Robert T. Dawson*
                                    Honorable Robert T. Dawson
                                    United States District Judge